IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALLISON-GAIL SMITH, individually                                                                                   PLAINTIFF
And on behalf of the wrongful death beneficiaries
Of Grace Vandygriff

V.                                                                          CIVIL ACTION NO. 1:21-CV-043-SA-DAS

WALMART, INC.; REGIS CORPORATION,                                                                           DEFENDANTS
d/b/a SMART STYLE SALON; and JOHN DOES 1-4

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 22nd day of April, 2022.

                                                                                       /s/ Sharion Aycock
                                                                                       UNITED STATES DISTRICT JUDGE